ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

AUG 19 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
JONATHAN MATHEW MOORE,             :
                                   :
            Plaintiff,             :
                                   :
       - v. -                      :
                                   :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,                 :    08 Civ. 5580 (VM)
Commissioner of                    :
Social Security,                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  The reason for the request is

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08

that the defendant's counsel has not yet been able to complete her review of the administrative record. No previous extension have been requested in this case.

Dated:  New York, New York
        August 13, 2008

*[signature]*
JONATHAN MATHEW MOORE
Plaintiff Pro se
530 Manhattan Avenue
Apt. #46
New York, New York 10027
Telephone No. (718) 669-9599

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 25 August 2008

*[signature]*
UNITED STATES DISTRICT JUDGE
Victor Marrero